IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CURTIS HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-035 |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

————————

**O R D E R**

————————

Plaintiff, an inmate incarcerated at Dooly State Prison in Unadilla, Georgia, has filed a

motion to identify and locate Defendants for service of process. (Doc. no. 15.) In this motion,

Plaintiff requests that service of process be effected upon Defendants and lists each Defendant's

address. On January 28, 2015, Defendants filed executed waivers of service and an answer,

thereby waiving the requirements of service in this case. (Doc. nos. 20-24.) Accordingly, the

Court **DENIES AS MOOT** Plaintiff's motion. (Doc. no. 15.)

SO ORDERED this 28th day of January, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA