IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CURTIS HUNTER,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          CV 314-035
                                        )
CORRECTIONS CORPORATION OF              )
AMERICA, et al.,                        )
                                        )
            Defendants.                 )
                              _____

**O R D E R**
                              _____

Plaintiff, an inmate incarcerated at Dooly State Prison in Unadilla, Georgia, has filed a motion "for availability of defendants last known address." (Doc. no. 27.) In this motion, Plaintiff requests the disclosure of Defendants' last known address in order that service of process can be effected upon them. On January 28, 2015, Defendants filed executed waivers of service and an answer, thereby waiving the requirements of service in this case. (Doc. nos. 20-24.) Accordingly, the Court **DENIES AS MOOT** Plaintiff's motion. (Doc. no. 27.)

SO ORDERED this 11th day of February, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA