IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CURTIS HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 314-035 |
| | ) |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is *pro se* Plaintiff's motion for Rule 26(f) meeting. (Doc. no. 38.) Fed. R. Civ. P. 26(a)(1)(B) specifically exempts prisoner suits from the requirement of holding a Rule 26(f) conference, and a scheduling order with the discovery deadlines has already been sent to Plaintiff in this case. (Doc. no. 25) Accordingly, the Court **DENIES** Plaintiff's motion for Rule 26(f) meeting. (Doc. no. 38.)

SO ORDERED this 27th day of March, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA