IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CURTIS HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-035 |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In light of the arguments and information contained in Defendants' Motion for Extension of Time and Request for Partial Reconsideration (doc. no. 60), the Court hereby suspends the fourteen-day deadline for production of documents as fixed in the Order dated August 26, 2015. The Court will set a new deadline for production when it addresses Defendants' request for reconsideration. The Court also grants an extension of time until September 30, 2015, to submit a response brief to Plaintiff's "Motion to Determine the Sufficiency of the Answers."

SO ORDERED this 4th day of September, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA