IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CURTIS HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-035 |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

Before the Court is Plaintiff's motion for partial reconsideration as to the Court's

Order on Plaintiff's motion to compel. (Doc. no. 64.) Plaintiff wishes to litigate the

timeliness of Defendants' responses to his requests for production, despite those responses

containing certificates of service showing that the responses were sent within the requisite

thirty days. (Doc. no. 44, pp. 1, 6-34.) There is no basis for calling into question the veracity of

defense counsel's certification that he mailed the discovery responses to Plaintiff on April 23,

2015. Why Plaintiff allegedly did not receive them is a question left unanswered and subject

only to speculation, at best. Just as importantly, the objections raised in Defendants' discovery

responses had merit, and consideration of them allowed the Court to fashion a reasonable and

fair scope of discovery. Accordingly, the Court **DENIES** Plaintiff's motion for reconsideration. (Doc. no. 64.)

SO ORDERED this 9th day of October, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA