IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| CURTIS HUNTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 314-035 |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) | |
| Defendant. | ) | |

**O R D E R**

In this § 1983 case, Defendants filed a motion for summary judgment on January 21, 2016; Plaintiff claims he has not received a copy of the motion, only a notice of the motion issued by the Clerk. Accordingly, the Court **DIRECTS** the Clerk to serve upon Plaintiff the motion for summary judgment and all accompanying attachments. Plaintiff will have until March 25, 2016 to respond to the motion for summary judgment.

SO ORDERED this 4th day of March, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA