IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CURTIS HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-035 |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**
_____

Defendants having notified the Court of their interest in attempting to negotiate a settlement with Plaintiff (doc. no. 115), the Court **ORDERS** the Clerk of Court to close this case administratively until November 28, 2016. The parties are to conduct a mediation within this time period and promptly notify the Court of the outcome by no later than November 28, 2016. Defendants are responsible for arranging the mediation and coordinating logistical needs with court personnel concerning prisoner transport, reservation of courthouse conference rooms, etc.

SO ORDERED this 26th day of September, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA