IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CURTIS HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-035 |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The Court hereby appoints Keith Johnson to serve as *pro bono* Plaintiff's counsel for the limited purpose of mediation only. The mediation shall occur on Thursday, November 3, 2016, at the Augusta Federal Courthouse, 600 James Brown Blvd., Augusta, GA 30901. Prisoner shall be transported to a local jail, designated by the U.S. Marshals, by no later than October 27, 2016 to provide ample time for Plaintiff to consult with *pro bono* counsel. Counsel shall arrange logistics for prisoner transport and security through Courtroom Deputy Clerk Rebecca Cirillo.

SO ORDERED this 29th day of September, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA