# United States District Court
## Southern District of Georgia

CURTIS HUNTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 314-035

CORRECTIONS CORPORATION OF AMERICA; JASON MEDLIN; RON DAY; JAY PHILLIPS; and DAMON HININGER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendants CCA and Phillips violated Plaintiff's rights under the Establishment Clause and awards Plaintiff $1.00 in nominal damages against those Defendants. The Court finds Defendants Day, Medlin, and Hininger did not violate Plaintiff's rights under the Establishment Clause, and none of Defendants violated Plaintiff's right under RLUIPA. Defendants are entitled to judgment on those claims. Plaintiff's claims for injunctive relief are moot. This action stands closed.



| 12/05/2017 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge

(By) Deputy Clerk