IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CURTIS HUNTER, )
)
    Plaintiff-Appellant, )
)
v. ) Case No. CV 314-035
)
CORRECTIONS CORPORATION OF ) Appeal No. 18-10055-D
AMERICA; WARDEN; RON DAY, )
Chaplain, JAY PHILLIPS, )
Faithbased Facilitator, DAMON )
HININGER, President, )
)
    Defendants-Appellees. )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _____ day of March 2018.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA